# Mississippi Electronic Courts
## Second Circuit Court District of Mississippi (Harrison Circuit Court - Biloxi)
### CIVIL DOCKET FOR CASE #: 24CI2:24-cv-00127

PRICE v. BODDY
Assigned to: Randi P. Mueller

**Upcoming Settings:**

None Found

Date Filed: 08/29/2024
Current Days Pending: 158
Total Case Age: 158
Jury Demand: None
Nature of Suit: Negligence - Motor Vehicle (182)

---

**Plaintiff**

**KATINA PRICE**
3108 VOSS DR
BATON ROUGE, LA 70805

represented by **Scotty Chabert, Jr.**
Saunders & Chabert
70808
6525 Perkins Road
BATON ROUGE, LA 70808
225-771-8100
Fax: 225-771-8101
Email: schabert@saunderschabert.com
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**JAVIDA BODDY**
MISS LONG ARM STATUTE
1110E BOWEN AVE SPT 3B
CHICAGO, IL 60653

represented by **Benjamin Lyle Robinson**
Taylor, Wellons, Politz and Duhe, APLC
Litigation
P.O. Box 550
MADISON, MS 39130
769-300-2988
Fax: 769-300-2145
Email: lrobinson@twpdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2024 | 1 | COMPLAINT against JAVIDA BODDY, filed by KATINA PRICE. (Attachments: # 1 Civil Cover Sheet,) (Hudson, Patricia) (Entered: 08/29/2024) |
| 08/29/2024 | 2 | SUMMONS Issued to JAVIDA BODDY. (Hudson, Patricia) (Entered: 08/29/2024) |
| 10/09/2024 | 4 | NOTICE of Appearance by Benjamin Lyle Robinson on behalf of JAVIDA BODDY (Robinson, Benjamin) (Entered: 10/09/2024) |
| 10/16/2024 | 5 | ANSWER to 1 Complaint by JAVIDA BODDY. (Robinson, Benjamin) (Entered: 10/16/2024) |



| 10/16/2024 | [6](#) | NOTICE OF SERVICE of Interrogatories Propounded to Plaintiff, NOTICE OF SERVICE of Request for Production of Documents Propounded to Plaintiff, NOTICE OF SERVICE of Request for Admissions Propounded to Plaintiff by JAVIDA BODDY. (Robinson, Benjamin) (Entered: 10/16/2024) |
|---|---|---|
| 11/18/2024 | [7](#) | NOTICE OF SERVICE of Interrogatories Propounded to Javida Boddy, NOTICE OF SERVICE of Request for Production of Documents Propounded to Javida Boddy by KATINA PRICE. (Chabert, Scotty) (Entered: 11/18/2024) |
| 12/18/2024 | [8](#) | NOTICE OF SERVICE of Responses to Interrogatories, NOTICE OF SERVICE of Responses to Request for Production by JAVIDA BODDY. (Robinson, Benjamin) (Entered: 12/18/2024) |
| 12/20/2024 | [9](#) | MOTION to Compel *Discovery Responses* by Defendant JAVIDA BODDY (Attachments: # [1](#) Exhibit A - Good Faith Letter,) (Robinson, Benjamin) (Entered: 12/20/2024) |
| 01/09/2025 | [10](#) | NOTICE OF SERVICE of Responses to Interrogatories, NOTICE OF SERVICE of Responses to Request for Production, NOTICE OF SERVICE of Responses to Request for Admissions by KATINA PRICE. (Chabert, Scotty) (Entered: 01/09/2025) |

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**KATINA PRICE,**
  **PLAINTIFF**

**VS.**

**JAVIDA BODDY,**
  **DEFENDANT**



**CIVIL ACTION NO.** A2420224400127 RPM

FILED
AUG 29, 2024
JUSTIN WETZEL
CIRCUIT CLERK
By _____ D.C.

---

**COMPLAINT**
**(JURY TRIAL REQUESTED)**

---

  **COMES NOW** the plaintiff, **KATINA PRICE,** by and through undersigned counsel, and files this Complaint, and for cause would show unto the Court the following, to wit:

<u>**PARTIES**</u>

**1.**

  Plaintiff, **KATINA PRICE,** is an adult resident of East Baton Rouge Parish, State of Louisiana and resides at 3108 Voss Drive, Baton Rouge, Louisiana 70805.

**2.**

  Defendant, **JAVIDA BODDY,** is an adult resident of Cook County, State of Chicago, who resides at 1110 E. Bowen Ave, Apt. 3B, Chicago, IL 60653.

**3.**

  Made defendant herein is **JAVIDA BODDY,** upon information and belief, and having committed a tort within this State, may be served with process via Mississippi Long Arm Statute.

<u>**FACTS**</u>

**4.**

  On or about July 29, 2023, at approximately 3:45 p.m., plaintiff, **KATINA PRICE,** was

operating her 2014 Chevrolet Blazer/Tahoe in a parking garage located at 151 Beach Boulevard in Harrison County, Mississippi, and was stopped while waiting for a parking spot to become available, when suddenly and without warning, her vehicle was violently side swiped and continually hit for several seconds by a 2023 Chrysler Pacifica, operated by defendant, **JAVIDA BODDY**.

## **FAULT & NEGLIGENCE**

### **5.**

The aforesaid collision occurred through no fault of the plaintiff, rather the collision was caused solely by the fault and negligence of the defendant, **JAVIDA BODDY**.

### **6.**

The Defendant, **JAVIDA BODDY** owed to the Plaintiff one or all of the following duties:

A.    To exercise that degree of care for the safety of others as would an ordinary, prudent person acting reasonably under the same or similar circumstances;

B.    To properly pay attention to her surroundings;

C.    To properly pay attention and not allow himself to become distracted while operating her vehicle;

D.    Striking the rear and dragging alongside the 2014 Chevrolet Blazer/Tahoe;

E.    Failure to stop;

E.    Violation of applicable local, state, and federal highway laws and regulations regarding the operation of motor vehicles; and,

F.    Any and all other acts of negligence, recklessness, and fault discovered and shown at trial of this matter.

All of the aforesaid duties were breached by the Defendant, **JAVIDA BODDY**.

### **7.**

At the time of the collision sued on herein, plaintiff alleges on information and belief that

defendant, **JAVIDA BODDY** was negligently operating her vehicle at the time of the accident, thus rendering **JAVIDA BODDY** liable for all damages suffered by plaintiff herein as a result of her negligence.

### 8.

Defendant, **JAVIDA BODDY's** acts and omissions were negligent and the approximate cause of damages to the plaintiff.

### DAMAGES

### 9.

As a proximate result of the defendant's negligence and collision alleged herein, the plaintiff has suffered damages to her cervical and lumbar spine, which required medical treatment, as well as damages in the form of past, present and future pain, suffering and mental anguish, accrued medical expenses, lost earnings, and other damages to be proven at trial.

### 10.

That as a result and proximate consequence of defendant's intentional acts, negligence, and breaches of duties, plaintiff has suffered and will continue to suffer physical, psychological, emotional and mental pain, past, present and future medical expenses, severe and permanent mental and emotional distress, loss of enjoyment of life, and related expenses. Plaintiff has, and will in the future, incur hospital and doctor bills and other related medical expenses. Plaintiff has and will suffer a loss of enjoyment of life and thus has incurred actual, compensatory, incidental and consequential damages for which the defendant should be held liable.

### 11.

The plaintiff has been caused to suffer the following injuries and damages proximately resulting from the aforementioned actions of the defendants:

A.   Physical pain and suffering, past, present and future;

B.   Mental and emotional anguish, past, present and future;

C.   Medical expenses, past, present and future;

D.   Inability to enjoy the normal pleasures of life, past, present and future;

F.   Lost wages, past, present and future; and,

G.   Loss of earning capacity.

**12.**

Plaintiff is entitled to a trial by jury and respectfully requests a trial by jury on all issues raised herein.

**WHEREFORE, PREMISES CONSIDERED**, plaintiff requests a trial by jury and demands Judgment against defendant, **JAVIDA BODDY**, for actual, compensatory, consequential and incidental damages, attorneys fees, all expenses and costs, prejudgment interest, and for any and all such other relief as this Court and the jury deem proper together with legal interests and for all costs of these proceedings including expert witness fees to be taxed as costs of court, and for all legal and equitable relief this Honorable Court shall deem appropriate.

**RESPECTFULLY SUBMITTED**, this ___22nd___

day of ___August___, 2024.

KATINA PRICE, PLAINTIFF

BY: _____

SCOTTY E. CHABERT, JR. (MSB# 102445)
Saunders & Chabert
Attorneys at Law
6525 Perkins Road
Baton Rouge, LA 70808
Tel:  (225) 771-8100
Fax: (225) 771-8101
Email: schabert@saunderschabert.com

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**KATINA PRICE,**
      **PLAINTIFF**

**VS.**                        **CIVIL ACTION NO.** _A2402240 127_

**JAVIDA BODDY,**
      **DEFENDANT**

---

## SUMMONS

**THE STATE OF MISSISSIPPI**

      **TO:**    **Javida Boddy**
             **Via Mississippi Long Arm Statute**
             **1110 E. Bowen Ave, Apt. 3B**
             **Chicago, IL 60653**

**THE COMPLAINT, WHICH IS ATTACHED TO THIS SUMMONS ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILING YOUR ANSWER AND RESPONDING TO THE PROPOUNDED DISCOVERY AS PROVIDED BY LAW AND/OR THE MISSISSIPPI RULES OF CIVIL PROCEDURE.**

    You are required to mail or hand deliver a written response to Scotty E. Chabert, Jr., Attorney for the Plaintiff, whose mailing address is Saunders & Chabert, 6525 Perkins Road, Baton Rouge, LA, 70808; phone no. (225) 771-8100; facsimile no. (225) 771-8101; email: schabert@saunderschabert.com).

    **YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS OF THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER RELIEF DEMANDED IN THE COMPLAINT.**

You must also file the original of your Response with the Clerk of this Court within a reasonable time afterwards.

**ISSUED** under my hand and official seal of said Court on this the _20th_ day of _August_, 2024.

Justin Wetzel
Harrison County Circuit Court Clerk
1801 23rd Ave.
Gulfport, MS 39501

(SEAL)

BY: _____

2

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

KATINA PRICE                                                          **PLAINTIFF**

v.                                        **CIVIL ACTION NO. 24CI2:24-cv-00127**

JAVIDA BODDY                                                          **DEFENDANT**

---

## ENTRY OF APPEARANCE

---

Notice is hereby given that B. Lyle Robinson, of the law firm of Taylor, Wellons, Politz & Duhe, LLC, does hereby enter his appearance as counsel for Defendant, Javida Boddy, in the above-referenced matter.

This, the 9th day of October, 2024.

Respectfully submitted,

/s/B. Lyle Robinson
B. Lyle Robinson (MS Bar No. 100015)
Taylor, Wellons, Politz & Duhe, LLC
P.O. Box 550
Madison, MS  39130-0550
Telephone:  769-300-2988
Facsimile: 769-300-2145
lrobinson@twpdlaw.com

**Attorneys for Defendant Javida Boddy**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the foregoing pleading via the Court's MEC

which notified the following:

Scotty E. Chabert, Jr.
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808
jkwetzel@wetzellawfirm.com

This, the 9th day of October, 2024.

*s/B. Lyle Robinson*
B. Lyle Robinson

2

# IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## SECOND JUDICIAL DISTRICT

**KATINA PRICE**                                                                      **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 24CI2:24-cv-00127**

**JAVIDA BODDY**                                                                **DEFENDANT**

## <u>ANSWER AND DEFENSES TO COMPLAINT</u>

COMES NOW, Javida Boddy ("Boddy" or "Defendant"), Defendant herein, by and through counsel, and files this Answer and Defenses to Plaintiff's Complaint and states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted against Boddy and therefore should be dismissed with prejudice.

### SECOND DEFENSE

Boddy asserts all defenses to which she is or may be entitled to under Miss.R.Civ.P. 12(b).

### THIRD DEFENSE

Boddy asserts all affirmative defenses that are or may become available to her (upon further investigation or discovery) under Miss.R.Civ.P. 8(c).

### FOURTH DEFENSE

Plaintiff's damages, if any, did not proximately result from the conduct of Boddy.

### FIFTH DEFENSE

Plaintiff's damages, if any, were the result, in whole or in part, of some superseding or intervening cause or conduct on the part of some person or entity other than Boddy for whom Boddy is not responsible.

## SIXTH DEFENSE

Plaintiff's damages, if any, were caused by her own acts or omissions, in whole or in part, and any recovery by Plaintiff should be barred or reduced in accordance with Plaintiff's proximate share of fault.

## SEVENTH DEFENSE

Boddy did not breach any alleged duty arguably owed to Plaintiff.

## EIGHTH DEFENSE

Boddy affirmatively pleads that she owed no liability to Plaintiff for any of the damages of which Plaintiff complains. Alternatively, should it be found that Plaintiff was damaged, then said damages were caused or contributed to by the negligence of Plaintiff, and any recovery allowed to Plaintiff should be diminished, reduced, offset or barred in accordance with the principals of comparative fault as set forth under Miss. Code Ann. § 85-5-7.

## NINTH DEFENSE

Boddy asserts all applicable provisions of Miss. Code Ann. § 11-7-15.

## TENTH DEFENSE

Boddy affirmatively pleads that she used reasonable care and diligence at all times with respect to the allegations of Plaintiff's Complaint.

## ELEVENTH DEFENSE

Plaintiff's claim is barred, in whole or in part, to the extent Plaintiff has failed to mitigate, minimize, avoid or abate any damages allegedly sustained, if any, and recovery against Boddy must be reduced in accordance with the amount of such damages that may have otherwise been prevented, avoided or minimized.

2

## TWELFTH DEFENSE

If Plaintiff sustained the injuries or losses as alleged in the Complaint, such injuries or losses resulted from Plaintiffs' pre-existing and/or unrelated medical, genetic and/or environmental conditions, diseases or illnesses, subsequent medical conditions or natural course of conditions for which Defendant is not responsible.

## THIRTEENTH DEFENSE

Defendant asserts all applicable provisions of Miss. Code Ann. § 11-1-60.

## FOURTEENTH DEFENSE

Defendant herein specifically requests a trial by jury on all issues.

## FIFTEENTH DEFENSE

Without waiver of any of the defenses asserted herein, Boddy responds to the specific allegations of Plaintiff's Complaint as follows:

## PARTIES

### 1.

Upon information and belief, the allegations contained in Paragraph 1 of Plaintiff's Complaint are admitted.

### 2.

The allegations contained in Paragraph 2 of Plaintiff's Complaint are admitted.

### 3.

The allegations contained in Paragraph 3 of Plaintiff's Complaint are denied.

## FACTS

### 4.

The allegations contained in Paragraph 4 of Plaintiff's Complaint are denied.

## FAULT & NEGLIGENCE

### 5.

The allegations contained in Paragraph 5 are denied.

### 6.

The allegations contained in the first paragraph of Paragraph 6 of Plaintiff's Complaint, including sub-parts are statements of law for which no response is required. To the extent a response is required, the allegations contained in the first paragraph of Paragraph 6 of Plaintiff's Complaint, including sub-parts, are denied. The allegations contained in the second paragraph of Paragraph 6 of Plaintiff's Complaint are denied.

### 7.

The allegations contained in Paragraph 7 of Plaintiff's Complaint are denied.

### 8.

The allegations contained in Paragraph 8 of Plaintiff's Complaint are denied.

## DAMAGES

### 9.

The allegations contained in Paragraph 9 of Plaintiff's Complaint are denied.

### 10.

The allegations contained in Paragraph 10 of Plaintiff's Complaint are denied.

### 11.

The allegations contained in Paragraph 11 of Plaintiff's Complaint are denied, including all sub-parts.

**12.**

The allegations contained in Paragraph 12 of Plaintiff's Complaint are statements of law for which no response is required.

Boddy denies that Plaintiff is entitled to the relief sought in the first unnumbered paragraph beginning "**WHEREFORE, PREMISES CONSIDERED**" on page 4 of Plaintiff's Complaint.

Every allegation in Plaintiff's Complaint that is not expressly admitted herein is hereby specifically and expressly denied.

WHEREFORE PREMISES CONSIDERED, Defendant, Javida Boddy, requests that the Court dismiss Plaintiff's Complaint against her with prejudice, taxing all costs to Plaintiff.

This the 16th day of October, 2024.

Respectfully submitted,

*/s/ B. Lyle Robinson*
B. Lyle Robinson (MS Bar No. 100015)
TAYLOR, WELLONS, POLITZ & DUHE, LLC
100 Webster Circle, Suite 104
Madison, Mississippi 39110
Telephone:  769-300-2988
Facsimile:  769-300-2145
Email: lrobinson@twpdlaw.com

**Attorneys for Javida Boddy**

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a true and correct copy of the above and foregoing

pleading via MEC, which notifies the following counsel of record:

Scotty E. Chabert, Jr.
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808
schabert@saunderschabert.com

This, the 16th day of October, 2024.

_/s/ B. Lyle Robinson_____
B. Lyle Robinson

# IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## SECOND JUDICIAL DISTRICT

KATINA PRICE                                                    PLAINTIFF

v.                                        CIVIL ACTION NO. 24CI2:24-cv-00127

JAVIDA BODDY                                                   DEFENDANT

## NOTICE OF SERVICE OF DISCOVERY

COMES NOW the Defendant, Javida Boddy, by and through undersigned counsel, and gives notice to the Court that the following was sent to all counsel of record:

1.    ***Defendant's First Set of Interrogatories, First Requests for Production of Documents and Request for Admissions Propounded to Plaintiff***

Further notice is hereby given that originals of the aforementioned documents are retained by the undersigned.

RESPECTFULLY SUBMITTED, this the 16th day of October, 2024.

*/s/ B. Lyle Robinson*
B. Lyle Robinson (MSB No. 100015)
TAYLOR, WELLONS, POLITZ & DUHE, LLC
100 Webster Circle, Suite 104
Madison, Mississippi 39110
Telephone: 769-300-2988
Facsimile: 769-300-2145
Email: lrobinson@twpdlaw.com

**Attorneys for Javida Boddy**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date mailed, via U.S. and Electronic Mail, a true and correct

copy of the above and foregoing pleading to the following counsel of record:

Scotty E. Chabert, Jr.
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808
schabert@saunderschabert.com

This, the 16th day of October, 2024.


/s/ B. Lyle Robinson
B. Lyle Robinson

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## SECOND JUDICIAL DISTRICT

**KATINA PRICE,**
     **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 24CI2:24-cv-00127**

**JAVIDA BODDY,**
     **DEFENDANT**

---

### NOTICE OF SERVICE OF DISCOVERY

---

     **NOTICE IS HEREBY GIVEN**, pursuant to the provisions of Rule 33 of the Mississippi Rules of Civil Procedure, that plaintiff, **KATINA PRICE**, served in the above-entitled action on November 18, 2024:

     INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED UPON THE DEFENDANT, JAVIDA BODDY

     The undersigned retained the original(s) of the above paper(s) as custodian thereof pursuant to Local Rules.

     THIS, the 18th day of November, 2024.

                               Respectfully submitted,

                               **SAUNDERS & CHABERT**

                               ***/s/ Scotty E. Chabert, Jr.***
                               SCOTTY E. CHABERT, JR.  MSBA No. 102445
                               6525 Perkins Road
                               Baton Rouge, LA 70808
                               Telephone: (225) 771-8100
                               Facsimile: (225) 771-8101
                               schabert@saunderschabert.com

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

**KATINA PRICE**                                                                        **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 24CI2:24-cv-00127**

**JAVIDA BODDY**                                                                   **DEFENDANT**

---

## NOTICE OF SERVICE

---

      COMES NOW the Defendant, Javida Boddy, by and through undersigned counsel, and gives notice to the Court that the following was sent to counsel for Plaintiff:

1. *Defendant's Responses to Plaintiff's Interrogatories and Requests for Production of Documents.*

      Further notice is hereby given that original of the aforementioned document is retained by the undersigned.

      This, the 18th day of December, 2024.

                                Respectfully submitted,

                                *s/B. Lyle Robinson*
                                B. Lyle Robinson (MS Bar No. 100015)
                                Taylor, Wellons, Politz & Duhe, LLC
                                100 Webster Circle, Suite 104
                                Madison, Mississippi 39110
                                Telephone: 769-300-2988
                                Facsimile: 769-300-2145
                                Email: lrobinson@twpdlaw.com

                                **Attorneys for Javida Boddy**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused to be served via electronic mail a true and

correct copy of the above and foregoing pleading to the following:

Scotty E. Chabert, Jr.
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808
schabert@saunderschabert.com

This, the 18th day of December, 2024.


*s/B. Lyle Robinson*
B. Lyle Robinson

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

KATINA PRICE                                                                    PLAINTIFF

v.                                                 CIVIL ACTION NO. 24CI2:24-cv-00127

JAVIDA BODDY                                                                    DEFENDANT

<u>**MOTION TO COMPEL DISCOVERY RESPONSES**</u>

      COMES NOW, Defendant, Javida Boddy ("Defendant"), pursuant to Rule 37 of the Mississippi Rules of Civil Procedure and Rule 4.04 of the Uniform District and County Court Rules, and files this, her Motion to Compel Plaintiff to Respond to Discovery Responses. In support thereof, the Defendant would respectfully show unto this Honorable Court the following:

      1.    Plaintiff, Katina Price ("Plaintiff"), filed her Complaint in this action on August 29, 2024.

      2.    Rule 33 of the Mississippi Rules of Civil Procedure provides that a party upon whom Interrogatories has been served "shall serve a copy of the answers, and objections, if any, within thirty days after the service of the Interrogatories." Rule 34 of the Mississippi Rules of Civil Procedure also provides that a party upon whom a Request for Production of Documents is served "shall serve a written response within thirty days after the service of the request."

      3.    On October 16, 2024, Defendant served her First Set of Interrogatories and Requests for Production of Documents to Plaintiff. As such, Plaintiff's responses to the discovery were due on or about November 15, 2024.

      4.    Rule 37 of the Mississippi Rule of Civil Procedure allows a party to apply for an Order Compelling Discovery when a party fails to answer Interrogatories submitted under Rule 33 of the Mississippi Rules of Civil Procedure or fails to respond to a Request for Production of

Documents under Rule 34 of the Mississippi Rule of Civil Procedure 34. The Rule provides that "an evasive or incomplete answer is to be treated as a failure to answer." Furthermore, in failing to timely object to the discovery requests, any objections are waived. *Taylor Machine Works, Inc., v. Great American Surplus Lines Insurance Co.,* 635 So.2d 1357, 1363 (Miss. 1994).

5.      On December 4, 2024, counsel for Defendant wrote counsel for Plaintiff in a good faith effort to obtain the discovery responses. *See* correspondence dated December 4, 2024 attached as Exhibit "A". This letter noted that Plaintiff had not responded to the outstanding discovery requests, and requested that the responses be provided no later than December 13, 2024.

6.      To date, counsel for Plaintiff has not responded to Defendant's good faith letter and Plaintiff has failed to respond to the discovery requests necessitating this Motion to Compel.

7.      Rule 37(a)(2) of the Mississippi Rules of Civil Procedure governs instances when a party fails to respond to interrogatories and requests for production of documents in accordance with Rule 33 and Rule 34 and provides that "[t]he discovering party may move for an order compelling an answer, or a designation, or an order compelling inspection in accordance with the request." Accordingly, Defendant requests an Order compelling Plaintiff to respond to all outstanding discovery requests.

WHEREFORE, PREMISES CONSIDERED, Defendant Javida Boddy respectfully requests an Order compelling Plaintiff to fully respond to Defendant's written discovery requests, to include execution of the requested authorizations, within fourteen (14) days of the date of the Order. Defendant further requests any other relief deemed just and proper.

2

This the 20th day of December, 2024.

        Respectfully submitted,

        *s/B. Lyle Robinson*

        B. Lyle Robinson (MSB No. 100015)
        TAYLOR, WELLONS, POLITZ & DUHE, LLC
        100 Webster Circle, Suite 104
        Madison, Mississippi 39110
        Telephone:  769-300-2988
        Facsimile:  769-300-2145
        Email:  lrobinson@twpdlaw.com

        **Attorneys for Javida Boddy**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this date mailed via electronic mail a true and correct copy

of the above and foregoing document which notified the following:

Scotty E. Chabert, Jr.
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808
schabert@saunderschabert.com

This, the 20th day of December, 2024.

*s/B. Lyle Robinson*
B. Lyle Robinson



**TAYLOR
WELLONS
POLITZ & DUHE**

B. Lyle Robinson
lrobinson@twpdlaw.com
Post Office Box 550
Madison, MS 39130
TWPDLAW.COM

December 4, 2024

***VIA ELECTRONIC MAIL at schabert@saunderschabert.com***
Scotty E. Chabert, Jr.
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808

RE:     *Katina Price v. Javida Boddy*; In the Circuit Court of Harrison County, Mississippi;
        Civil Action No. 24CI2:24-cv-00127

Dear Scotty:

I write this letter as a good-faith attempt to resolve a discovery dispute with regard to Defendant Javida Boddy's written discovery requests propounded to your client in the above-referenced matter. Defendant served written interrogatories, requests for production of documents, and request for admissions on you on October 16, 2024. As such, the responses to the discovery requests were due on or about November 16, 2024. To date, we have not received the responses or the requested documents.

Please let us know when you will provide the discovery responses. In any event, please provide the responses, as well as all records and documents requested, to us on or before December 13, 2024, so that we do not have to file a Motion to Compel.

If you have any questions or concerns, please feel free to contact me.

Very truly yours,



B. Lyle Robinson

**EXHIBIT
A**

NEW ORLEANS, LA
1555 Poydras Street
Suite 2000
New Orleans, LA 70112
504-525-9888 PH
866-514-9888 TF
504-525-9899 FX

BATON ROUGE, LA
4041 Essen Lane
Suite 500
Baton Rouge, LA 70809
225-387-9888 PH
877-850-1047 TF
225-387-9886 FX

COVINGTON, LA
127 Terrabella Blvd
Covington, LA 70433
985-951-4234 PH
985-951-4233 FX

JACKSON, MS
100 Webster Circle
Suite 104
Madison, MS 39110
769-300-2988 PH
769-300-2145 FX

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT**

**KATINA PRICE,**
     **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO. 24CI2:24-cv-00127**

**JAVIDA BODDY,**
     **DEFENDANT**

---

### NOTICE OF SERVICE OF DISCOVERY

---

     **NOTICE IS HEREBY GIVEN**, pursuant to the provisions of Rule 33 of the Mississippi Rules of Civil Procedure, that plaintiff, **KATINA PRICE**, served in the above-entitled action on January 9, 2025:

     PLAINTIFF'S RESPONSES TO INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR ADMISSIONS PROPOUNDED BY DEFENDANT, JAVIDA BODDY

     The undersigned retained the original(s) of the above paper(s) as custodian thereof pursuant to Local Rules.

     THIS, the 9th day of January, 2025.

                               Respectfully submitted,

                               **SAUNDERS & CHABERT**

                               ***/s/ Scotty E. Chabert, Jr.***
                               SCOTTY E. CHABERT, JR.  MSBA No. 102445
                               6525 Perkins Road
                               Baton Rouge, LA 70808
                               Telephone: (225) 771-8100
                               Facsimile: (225) 771-8101
                               schabert@saunderschabert.com