**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**KATINA PRICE**                                                                         **PLAINTIFF**

**v.**                                                                    **CAUSE NO. 1:25CV30-LG-RPM**

**JAVIDA BODDY**                                                                      **DEFENDANTS**

**ORDER REQUIRING PARTIES TO FILE
RULE 7.1(a)(2) DISCLOSURE STATEMENTS**

This lawsuit arose out of an automobile accident that occurred in a parking garage in Harrison County, Mississippi. The Federal Rules of Civil Procedure require the parties to a lawsuit removed to federal court on the basis of diversity jurisdiction to file a disclosure statement that names and identifies the citizenship "of every individual or entity whose citizenship is attributed to that party or intervenor." Fed. R. Civ. P. 7.1(a)(2).

Each party was required to file this statement "with its first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b). Since both parties have made an appearance in this case, the Court finds that they should now be required to provide disclosure statements addressing their citizenship. The Court further reminds the parties that citizenship, *not residence*, is the pertinent inquiry for determining diversity of citizenship. *See J.A. Masters Invs. v. Beltramini*, 117 F.4th 321, 322 (5th Cir. 2024) ("While the underlying pleadings mentioned the residence of each party, they did not specifically identify the citizenship of each party—a common yet unfortunate mistake when invoking a federal court's diversity jurisdiction.").

**IT IS THEREFORE ORDERED AND ADJUDGED** that, on or before **April 1, 2025**, the parties must file citizenship disclosure statements pursuant to Fed. R. Civ. P. 7.1(a)(2).

**SO ORDERED AND ADJUDGED** this the 19th day of March, 2025.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge